UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GRAFF FAUCETS CO.,

              Plaintiff,

v.

              Case No. 11-CV-441-JPS

SANTEC INC.,

              Defendant.

ORDER

On February 6, 2012, this court, finding that 120 days had passed since the plaintiff had filed its complaint and that the defendant had not yet been served, issued an order pursuant to Fed. R. Civ. P. 4(m) that provided the plaintiff with twenty days in which to "provide good cause for the failure to timely serve defendant with a summons and complaint." (Docket #3). The February 6, 2012 order stated that if the plaintiff failed to provide the court with good cause as to why the defendant was not timely served that the court would dismiss the action without prejudice. Over twenty days have passed since the court issued its warning order, and the plaintiff has not contacted this court to explain its failure to prosecute its claim. As a result, the court must dismiss the action without prejudice. Accordingly,

IT IS ORDERED that the above entitled action be and the same is hereby DISMISSED without prejudice.

The clerk is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of March, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge