# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GRAFF FAUCETS CO.,

                              Plaintiff,

v.

SANTEC, INC.,

                              Defendant.

Case No. 11-CV-441-JPS

## JUDGMENT IN A CIVIL CASE

Decision by Court.  This action came on for consideration before the Court and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that this action be and the same is hereby DISMISSED without prejudice.
'

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court

March 8, 2012 _____     s/Nancy A. Monzingo _____
Date                           By: Deputy Clerk